**FILED**

NOV 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Heather Nordberg, et al.

                      CASE NO. C 05 3246 MHP

        Plaintiff(s),

    v.                              STIPULATION AND [PROPOSED]
Trilegiant Corporation, et al.        ORDER SELECTING ADR PROCESS

        Defendant(s).

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ✓      Private ADR *(please identify process and provider)* Parties have agreed to utilize JAMS-ENDISPUTE, located at Two Embarcadero Center Suite 1100 San Francisco, CA 94111 and are in the process of meeting and conferring on the appropriate mediator.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        ✓      other requested deadline  Parties wish to commence process no later than March 31, 2006

Dated: Nov. 21, 2005

                                                  Attorney for Plaintiff

Dated: Nov. 21, 2005

                                                  Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
    Private ADR

Deadline for ADR session that
    120  90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated: 11/22/05

UNITED STATES DISTRICT JUDGE