Daniel C. Girard (State Bar No. 114826); E-mail: dcg@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267); E-mail: ecp@girardgibbs.com
Sheri L. Kelly (State Bar No. 226993); E-mail: slk@girardgibbs.com
**GIRARD GIBBS & De BARTOLOMEO LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative Plaintiffs
Heather Nordberg, William Smith, Julie Butler, Faye E. Taber,
and Patricia Douglas Warden

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER NORDBERG, WILLIAM SMITH, JULIE BUTLER, FAYE E. TABER, and PATRICIA DOUGLAS-WARDEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRILEGIANT CORPORATION, a/k/a TRL GROUP, a Delaware Corporation; and CENDANT CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. C 05 3246 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**<br><br>**N.D. Cal. Local Rule 6-2** |

1  Pursuant to Local Rule 6-2(a), Plaintiffs and Defendants Trilegiant Corporation ("Trilegiant") and Cendant Corporation ("Cendant"), by and through their undersigned counsel of record, hereby stipulate as follows:

1. Following the Case Management Conference on December 12, 2005, the Court issued a Minute Order setting forth, among other things, the following briefing schedule on Motions to Dismiss, pursuant to Fed. R. Civ. Proc. 12(b)(6) ("Motions") by Defendants: Motions to be filed and served on or before December 19, 2005, opposition briefs to be filed and served by January 2, 2005 [a court holiday], and reply briefs, if any, to be filed and served by January 9, 2005. The Court's Minute Order also set a new hearing date on the Motions, from January 23, 2006 to January 30, 2006 at 2:00 p.m.

2. Following the Case Management Conference, the parties met and conferred and agreed upon a modified briefing schedule, in consideration of the seasonal and Martin Luther King holidays, as follows:

 a. Plaintiffs' opposition to be filed and served by January 6, 2006.

 b. Defendants' reply briefs, if any, to be filed and served by January 19, 2006.

3. The parties agree to maintain the January 30, 2006 hearing date, unless the Court prefers a later hearing date in light of the parties' modified briefing schedule.

4. The parties agree that the proposed modified briefing schedule is appropriate, due to the breadth and complexity of the issues raised in the Motions, and intervening court holidays.

5. Neither party has previously sought to enlarge a court-ordered briefing schedule. On September 20, 2005, the parties stipulated to enlarge the time within which Trilegiant had to answer, move or otherwise plead with respect to Plaintiffs' original Class Action Complaint until and including October 24, 2005. On November 4, 2005, the parties agreed to extend Trilegiant's deadline to move, answer or otherwise respond to Plaintiffs' First Amended Complaint, to December 19, 2005.

- 1 -

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE
FOR DEFENDANTS' MOTIONS TO DISMISS          Case No. C053246 MHP

6. The parties' agreement to modify and/or extend the briefing schedule on the Motions does not alter the date previously set for hearing by this Court, unless the Court, in its discretion, prefers to set the matter for hearing on a date later than January 30, 2006.

7. The parties' agreement to modify and/or extend the briefing schedule on the Motions will not materially alter any aspect of the prosecution and/or defense of the action.

IT IS SO STIPULATED:

DATED: December, 29 2005        **GIRARD GIBBS & De BARTOLOMEO LLP**

By: _____
     Elizabeth C. Pritzker

Daniel C. Girard
Sheri L. Kelly
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative Plaintiffs Heather Nordberg, William Smith, Julie Butler, Faye E. Taber, and Patricia Douglas-Warden

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: _____
     Thomas Nolan

Thomas Nolan
Harriett S. Posner
Jason D. Russell
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for Defendants Trilegiant Corporation and Cendant Corporation

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

1. Plaintiffs' opposition to Defendants' Motions to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) shall be filed and served no later than January 6, 2006.

2. Defendants' reply briefs, if any, shall be filed and served no later than January 19, 2006.

3. The hearing date on the Motions:

    a) shall remain January 30, 2006 at 2:00 p.m.

    b) is hereby reset to _____.

DATED: January 3, 2006

HON. _____
Judge Marilyn H. Patel