THOMAS NOLAN (Cal. Bar. No. 066992); E-mail: tnolan@skadden.com
HARRIET S. POSNER (Cal. Bar No. 116097); E-mail: hposner@skadden.com
JASON D. RUSSELL (Cal. Bar. No. 169219); E-mail: jrussell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Tel:  (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendants


Daniel C. Girard (Cal. Bar No. 114826); E-mail: dcg@girardgibbs.com
Elizabeth C. Pritzker (Cal. Bar No. 146267); E-mail: ecp@girardgibbs.com
Sheri L. Kelly (Cal. Bar No. 226993); E-mail: slk@girardgibbs.com
GIRARD GIBBS & De BARTOLOMEO LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Plaintiffs Heather Nordberg, William Smith,
Julie Butler, Faye E. Taber, and Patricia Douglas Warden

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER NORDBERG, WILLIAM SMITH, JULIE BUTLER, FAYE E. TABER, and PATRICIA DOUGLAS-WARDEN, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>TRILEGIANT CORPORATION, a/k/a TRL GROUP, a Delaware Corporation; and CENDANT CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. C 05 3246 MHP<br><br>**JOINT STIPULATION EXTENDING DEADLINE FOR MEDIATION** |

1   WHEREAS, on December 12, 2005, the Court ordered the parties to engage in a private
2 mediation by March 31, 2006;

3   WHEREAS, Defendants' motion to dismiss is fully briefed and the Court held a hearing
4 on the motion on February 27, 2006;

5   WHEREAS, the parties wish to preserve resources by focusing their early mediation
6 efforts on the claims, defenses, or issues as may be framed by the Court's decision on the pending
7 motion to dismiss; and

8   WHEREAS, this stipulation is made in good faith and without purpose of undue delay;

9   IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the
10 above-captioned action, through their respective counsel, and subject to Court approval, as follows:

11  1. The deadline for the parties to engage in private mediation will be extended 90 days to and
12 including June 30, 2006.

13  2. This stipulation shall not waive any party's rights in regard to the Complaint or any
14 defenses thereto.

15 DATED: March 29, 2006

          THOMAS NOLAN
          HARRIET S. POSNER
          JASON D. RUSSELL
          SKADDEN, ARPS, SLATE, MEAGHER AND FLOM LLP

          By _____
            Harriet S. Posner
            Attorneys for Defendants

DATED: March _, 2006

          DANIEL C. GIRARD
          ELIZABETH PRITZKER
          GIRARD GIBBS & DE BARTOLOMEO LLP

          By _____
            Elizabeth Pritzker
            Attorneys for Plaintiffs

**STIPULATION AND [PROPOSED] ORDER**

1 WHEREAS, on December 12, 2005, the Court ordered the parties to engage in a private mediation by March 31, 2006;

3 WHEREAS, Defendants' motion to dismiss is fully briefed and the Court held a hearing on the motion on February 27, 2006;

5 WHEREAS, the parties wish to preserve resources by focusing their early mediation efforts on the claims, defenses, or issues as may be framed by the Court's decision on the pending motion to dismiss; and

8 WHEREAS, this stipulation is made in good faith and without purpose of undue delay;

9 IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their respective counsel, and subject to Court approval, as follows:

1. The deadline for the parties to engage in private mediation will be extended 90 days to and including June 30, 2006.

2. This stipulation shall not waive any party's rights in regard to the Complaint or any defenses thereto.

DATED: March __, 2006

THOMAS NOLAN
HARRIET S. POSNER
JASON D. RUSSELL
SKADDEN, ARPS, SLATE, MEAGHER AND FLOM LLP

By _____
Harriet S. Posner
Attorneys for Defendants

DATED: March __, 2006

DANIEL C. GIRARD
ELIZABETH PRITZKER
GIRARD GIBBS & DE BARTOLOMEO LLP

By _____
Elizabeth Pritzker
Attorneys for Plaintiffs

## [PROPOSED] ORDER

Good cause appearing, it is so ordered and the stipulation is approved.

IT IS SO ORDERED.

Date: April 3, 2006

_____
Marilyn Hall Patel



---

3

**STIPULATION AND [PROPOSED] ORDER**