1  Daniel C. Girard (State Bar No. 114826)
   Elizabeth C. Pritzker (State Bar No. 146267)
2  Sheri L. Kelly (State Bar No. 226993)
   **GIRARD GIBBS & De BARTOLOMEO LLP**
3  601 California Street, Suite 1400
   San Francisco, California 94108
4  Telephone: (415) 981-4800
   Facsimile: (415) 981-4846
5
   Attorneys for Individual and Representative Plaintiffs
6  Heather Nordberg, William Smith, Julie Butler, Faye E. Taber,
   and Patricia Douglas Warden
7
   Thomas Nolan (Cal. Bar. No. 066992)
8  Harriet S. Posner (Cal. Bar No. 116097)
   Jason D. Russell (Cal. Bar No. 169219)
9  Peter B. Morrison (Cal. Bar No. 230148)
   **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
10 300 South Grand Avenue, Suite 3400
   Los Angeles, CA 90071-3144
11 Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
12
13 Attorneys for Defendants Trilegiant Corporation and Cendant Corporation

14                   **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16                      **SAN FRANCISCO DIVISION**

17

18 HEATHER NORDBERG, WILLIAM SMITH,   )   Case No. C 05 3246 MHP
   JULIE BUTLER, FAYE E. TABER, and   )
19 PATRICIA DOUGLAS-WARDEN, on behalf of )
   themselves and all others similarly situated )   **JOINT STIPULATION AND**
20                                    )   ~~[PROPOSED]~~ **ORDER RE:**
                                       )   **PLAINTIFFS' TIME TO FILE**
21            Plaintiffs,             )   **AMENDED COMPLAINT AND**
                                       )   **DEFENDANTS' TIME TO**
22       vs.                         )   **RESPOND**
                                       )
23 TRILEGIANT CORPORATION, a/k/a TRL   )
   GROUP, a Delaware Corporation; and  )
24 CENDANT CORPORATION, a Delaware     )
   Corporation,                        )
25                                    )
             Defendants.             )
26 _____ )

27

28

1    WHEREAS on April 4, 2006 this Court entered an order granting, in part, Defendants' Motion to

2    Dismiss Plaintiffs' First Amended Complaint ("FAC"), with leave to amend, as to Plaintiffs' First and

3    Second Causes of Action under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18

4    U.S.C. §§ 1962(c) and 1962(d), Plaintiffs' Third Cause of Action under the Electronic Funds Transfer

5    Act ("EFTA"), 15 U.S.C. §§ 1693 *et seq.*, and Plaintiff Heather Nordberg's Fourth Cause of Action for

6    Violations of the Consumers Legal Remedies Act ("CLRA"), Cal. Civ. Code §§ 1770(a)(16); and

7    WHEREAS this Court directed that "Plaintiffs shall file their amended complaint within twenty

8    (20) days of the date of this order," which date falls on April 24, 2006;

9    WHEREAS, due to the press of other business, the parties stipulate and mutually agree that good

10   cause exists to modify the deadlines within which Plaintiffs must file and serve their Second Amended

11   Complaint, and Defendants must file and serve a response thereto;

12   IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

13   captioned action, through their respective counsel, and subject to Court approval, as follows:

14       1.   The deadline for Plaintiffs to file a Second Amended Complaint is extended to and

15           includes May 12, 2006.

16       2.   The deadline for Defendants to answer or otherwise respond to Plaintiffs' Second

17           Amended Complaint is extended to and includes June 16, 2006.

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

- 1 -

1    IT IS FURTHER STIPULATED AND AGREED that in the event Defendants' response to

2  Plaintiffs' Second Amended Complaint is a motion to dismiss under Rule 12(b)(6) of the Federal Rules

3  of Civil Procedure, the motion will be subject to the following briefing schedule:

4       1.     Defendants' motion to dismiss shall be filed and served by June 16, 2006;

5       2.     Plaintiffs' opposition to the motion shall be filed and served by July 17, 2006;

6       3.     Defendants' reply memorandum shall be filed and served by August 16, 2006.

7

8  DATED: April, 1⁊ 2006           **GIRARD GIBBS & De BARTOLOMEO LLP**

9

                                   By: _____
10                                          Elizabeth C. Pritzker

11
                                   Daniel C. Girard
12                                 Sheri L. Kelly
                                   601 California Street, Suite 1400
13                                 San Francisco, California 94108
                                   Telephone: (415) 981-4800
14                                 Facsimile: (415) 981-4846

15
                                   Attorneys for Plaintiffs
16

17                                 **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

18
                                   By: _____
19                                          Peter B. Morrison

20
                                   Thomas Nolan
21                                 Harriett S. Posner
                                   Jason D. Russell
22                                 300 South Grand Avenue, Suite 3400
                                   Los Angeles, California 90071-3144
23                                 Telephone: (213) 687-5000
                                   Facsimile: (213) 687-5600
24

25                                 Attorneys for Defendants Trilegiant Corporation and Cendant
26                                 Corporation

27

28

**JOINT STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' TIME TO FILE
AMENDED COMPLAINT AND DEFENDANTS' TIME TO RESPOND**     Case No. C053246 MHP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ~~[PROPOSED]~~
## ORDER

Good Cause appearing, it is so ordered and the stipulation is approved.

IT IS SO ORDERED.


DATED: April 18, 2006



Judge Marilyn H. Patel

- 3 -