Thomas Nolan (Cal. Bar. No. 066992)
Harriet S. Posner (Cal. Bar No. 116097)
Jason D. Russell (Cal. Bar No. 169219)
Peter B. Morrison (Cal. Bar No. 230148)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for Defendant Trilegiant Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER NORDBERG, WILLIAM SMITH, JULIE BUTLER, and FAYE E. TABER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRILEGIANT CORPORATION, a/k/a TRL GROUP,<br><br>Defendant. | Case No. C 05 3246 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR DEFENDANT TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT** |

| | |
|---|---|
| 1 | WHEREAS, on April 18, 2006, this Court entered an order granting Plaintiffs until May 12, 2006 to file and serve a Second Amended Complaint, and granting Defendant until June 16, 2006 to answer or otherwise respond to Plaintiffs' Second Amended Complaint; |

WHEREAS, on April 18, 2006, this Court entered an order granting Plaintiffs until May 12, 2006 to file and serve a Second Amended Complaint, and granting Defendant until June 16, 2006 to answer or otherwise respond to Plaintiffs' Second Amended Complaint;

WHEREAS, Plaintiffs' Second Amended Complaint was filed and served May 12, 2006, in accordance with this Court's prior order;

WHEREAS, the date by which Defendant must answer or otherwise respond to Plaintiffs' Second Amended Complaint, June 16, 2006, has yet to run; and

WHEREAS, the parties stipulate and mutually agree that good cause exists to modify the Court's April 18, 2006 order, to permit Defendant additional time to answer Plaintiffs' Second Amended Complaint;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their respective counsel, and subject to Court approval, that the deadline for Defendant to answer Plaintiffs' Second Amended Complaint is extended to and includes June 23, 2006;

DATED: June __, 2006

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: _____
Peter B. Morrison
*Attorneys for Defendant Trilegiant Corporation*

DATED: June __, 2006

**GIRARD GIBBS LLP**

By: _____
Elizabeth C. Pritzker
*Attorneys for Individual and Representative Plaintiffs Heather Nordberg, William Smith, Julie Butler and Faye E. Taber*

- 1 -

**JOINT STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR RESPONSE TO SECOND AMENDED COMPLAINT**
Case No. C053246 MHP

1  WHEREAS, on April 18, 2006, this Court entered an order granting Plaintiffs until May 12,
2  2006 to file and serve a Second Amended Complaint, and granting Defendant until June 16, 2006 to
3  answer or otherwise respond to Plaintiffs' Second Amended Complaint;
4  WHEREAS, Plaintiffs' Second Amended Complaint was filed and served May 12, 2006, in
5  accordance with this Court's prior order;
6  WHEREAS, the date by which Defendant must answer or otherwise respond to Plaintiffs'
7  Second Amended Complaint, June 16, 2006, has yet to run; and
8  WHEREAS, the parties stipulate and mutually agree that good cause exists to modify the
9  Court's April 18, 2006 order, to permit Defendant additional time to answer Plaintiffs' Second Amended
10  Complaint;
11  IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-
12  captioned action, through their respective counsel, and subject to Court approval, that the deadline for
13  Defendant to answer Plaintiffs' Second Amended Complaint is extended to and includes June 23, 2006.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

DATED: June __, 2006

By:_____
Peter B. Morrison
*Attorneys for Defendant Trilegiant Corporation*

DATED: June 12, 2006

**GIRARD GIBBS LLP**

By:_____
Elizabeth C. Pritzker
*Attorneys for Individual and Representative Plaintiffs Heather Nordberg, William Smith, Julie Butler and Faye E. Taber*

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR RESPONSE TO SECOND
AMENDED COMPLAINT
Case No. C053246 MHP

## ~~[PROPOSED]~~ ORDER

Good Cause appearing, it is so ordered and the stipulation is approved.

The deadline for Defendant to answer Plaintiffs' Second Amended Complaint is extended to and includes June 23, 2006

**IT IS SO ORDERED**.

DATED: June 14, 2006



IT IS SO ORDERED
Judge Marilyn H. Patel