1  Daniel C. Girard (State Bar No. 114826)
   Elizabeth C. Pritzker (State Bar No. 146267)
2  Sheri L. Kelly (State Bar No. 226993)
   Lindy K. Lucero (State Bar No. 229583)
3  **GIRARD GIBBS LLP**
   601 California Street, Suite 1400
4  San Francisco, California  94108
   Telephone:  (415) 981-4800
5  Facsimile:  (415) 981-4846

6  Attorneys for Individual and Representative Plaintiffs
7  Heather Nordberg, William Smith, Julie Butler and Faye E. Taber

8  Thomas Nolan (Cal. Bar. No. 066992)
   Harriet S. Posner (Cal. Bar. No. 116097)
9  Jason D. Russell (Cal. Bar. No. 169219)
   Peter B. Morrison (Cal. Bar. No. 230148)
10 **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
   300 South Grand Avenue, Suite 3400
11 Los Angeles, CA  90071-3144
   Telephone: (213) 687-5000
12 Facsimile: (213) 687-5600

13 Attorneys for Defendant Trilegiant Corporation

14
                        UNITED STATES DISTRICT COURT
15
                       NORTHERN DISTRICT OF CALIFORNIA
16
                             SAN FRANCISCO DIVISION
17

18 HEATHER NORDBERG, WILLIAM SMITH,  )   Case No. C 05 3246 MHP
19 JULIE BUTLER, and FAYE E. TABER, on )
   behalf of themselves and all others similarly )
20 situated                           )   **JOINT STIPULATION AND
                                      )   [PROPOSED] ORDER AMENDING
21         Plaintiffs,                )   CASE MANAGEMENT ORDER**
                                      )
22     vs.                            )
                                      )
23 TRILEGIANT CORPORATION, a/k/a TRL )
   GROUP,                             )
24                                    )
                                      )
25         Defendant.                 )
                                      )

26
27
28

JOINT STIPULATION AND ORDER AMENDING CASE MANAGEMENT ORDER
Case No. C-05-3246 MHP

1  **WHEREAS,** the Court entered a Case Management Order on December 12, 2005, and an
2  amended Case Management Order on June 6, 2006, pursuant to Fed. R. Civ. P. 26(f) and Civ. L.R. 16;

3  **WHEREAS,** the above-described Case Management Orders adopted and approved the parties'
4  agreement to devote their initial discovery efforts on matters reasonably related to Plaintiffs' Motion for
5  Class Certification and to issues that will aid the parties in preparing for and completing the initial
6  ADR/Mediation proceeding ("Phase I Discovery") as framed by Plaintiffs' operative complaint, and
7  provided a schedule for completing Phase I Discovery and for briefing related to Plaintiffs' Motion for
8  Class Certification;

9  **WHEREAS,** pursuant to said Case Management Orders, the parties have been engaged in the
10 exchange of Phase I Discovery, including, the exchange of documents and information responsive to
11 document requests and interrogatories served by Plaintiffs on May 18, 2006; scheduling and completion
12 of deposition of Trilegiant's corporate designees pursuant to Fed. R. Civ. P. 30(6)(6); the exchange of
13 documents and information responsive to document requests and interrogatories served by Trilegiant on
14 July 24, 2006; scheduling and completion of depositions of each of the named Plaintiffs; and production
15 of documents responsive to non-party record subpoenas served by the parties in the months of July and
16 August, 2006;

17 **WHEREAS,** the parties have commenced but not completed their exchange of Phase I Discovery;

18 **WHEREAS,** the parties are continuing to meet and confer, as necessary, regarding the scope of
19 Phase I Discovery, the scheduling of depositions, and the production of documents, and will continue to
20 meet and confer in effort to resolve their discovery disputes without the need for Court intervention;

21 **WHEREAS,** the parties are continuing to meet and confer on the selection of a mediator and a
22 process for initial ADR/Mediation proceedings;

23 **WHEREAS,** the parties stipulate and mutually agree that good cause exists to modify the Court's
24 amended Case Management Order, to permit the parties to complete Phase I Discovery and briefing on
25 Plaintiff's Motion for Class Certification;

26 **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to the
27 above-captioned action, through their respective counsel, and subject to Court approval, as follows:

28

JOINT STIPULATION AND ORDER AMENDING CASE MANAGEMENT ORDER
Case No. C-05-3246 MHP

1.     The deadline for the parties to complete an initial ADR/Mediation proceeding is extended to and includes December 15, 2006;

2.     The deadline for the parties to complete Phase I Discovery is extended to and includes December 15, 2006;

3.     The briefing schedule on Plaintiffs' Motion for Class Certification is extended as follows:

| | |
|---|---|
| Motion for Class Certification: | File and serve by December 15, 2006. |
| Opposition to Class Certification: | File and serve by January 19, 2007. |
| Reply in Support of Class Certification: | File and serve by February 2, 2007. |
| Class Certification Hearing: | February 12, 2007 at 2:00 p.m. |

4.     The parties further stipulate and agree, subject to Court approval, to continue the next Case Management/Status Conference date, presently set for November 13, 2006 at 4:00 p.m., to February 12, 2007 at 2:00 p.m., in conjunction with Plaintiffs' Motion for Class Certification.

5.     The parties further stipulate and agree to file their subsequent Case Management/Status Conference Statement on or before February 5, 2007.

DATED: September 15, 2006     **GIRARD GIBBS LLP**

By: _Elizabeth C. Pritzker by LKL with permission_
      Elizabeth C. Pritzker

*Attorneys for Individual and Representative Plaintiffs Heather Nordberg, William Smith, Julie Butler and Faye E. Taber*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

DATED: September 15, 2006     By: _Peter B. Morrison by LKL with permission_
      Peter B. Morrison

*Attorneys for Defendant Trilegiant Corporation*

[~~PROPOSED~~]
**ORDER**

Good Cause appearing, it is so ordered and the stipulation is approved.

The Case Management/Status Conference date of November 13, 2006 is hereby vacated.

The date and time of the next Case Management/Status Conference shall be February 12, 2007 at 2:00 p.m. Parties are directed to file a subsequent Case Management/Status Conference Statement on or before February 5, 2007.

**IT IS SO ORDERED.**

DATED: 9/21/2006



IT IS SO ORDERED
Judge Marilyn H. Patel

JOINT STIPULATION AND ORDER AMENDING CASE MANAGEMENT ORDER
Case No. C-05-3246 MHP

3