E-Filing

1  Daniel C. Girard (State Bar No. 114826)
   Elizabeth C. Pritzker (State Bar No. 146267)
2  Sheri L. Kelly (State Bar No. 226993)
   Lindy K. Lucero (State Bar No. 229583)
3  **GIRARD GIBBS LLP**
   601 California Street, Suite 1400
4  San Francisco, California 94108
   Telephone: (415) 981-4800
5  Facsimile: (415) 981-4846

6  Attorneys for Individual and Representative Plaintiffs
   Heather Nordberg, William Smith, Julie Butler and Faye E. Taber
7

8  Thomas Nolan (Cal. Bar. No. 066992)
   Harriet S. Posner (Cal. Bar No. 116097)
9  Jason D. Russell (Cal. Bar No. 169219)
   Peter B. Morrison (Cal. Bar No. 230148)
10 **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
   300 South Grand Avenue, Suite 3400
11 Los Angeles, CA 90071-3144
   Telephone: (213) 687-5000
12 Facsimile: (213) 687-5600

13 Attorneys for Defendant Trilegiant Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER NORDBERG, WILLIAM SMITH, JULIE BUTLER, and FAYE E. TABER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRILEGIANT CORPORATION, a/k/a TRL GROUP,<br><br>Defendant. | Case No. C 05 3246 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER** |

1. **WHEREAS**, the Court entered a Case Management Order on December 12, 2005, and an amended Case Management Order on June 6, 2006 and September 22, 2006, pursuant to Fed. R. Civ. P. 26(f) and Civ. L.R. 16;

**WHEREAS**, the above-described Case Management Orders adopted and approved the parties' agreement to devote their initial discovery efforts on matters reasonably related to Plaintiffs' Motion for Class Certification and to issues that will aid the parties in preparing for and completing the initial ADR/Mediation proceeding ("Phase I Discovery") as framed by Plaintiffs' operative complaint, and provided a schedule for completing Phase I Discovery and for briefing related to Plaintiffs' Motion for Class Certification;

**WHEREAS**, pursuant to said Case Management Orders, the parties have been actively engaged in the exchange of Phase I Discovery, including, the exchange of documents and information responsive to document requests and interrogatories served by Plaintiffs on May 18, 2006; scheduling and completion of deposition of Trilegiant's corporate designees pursuant to Fed. R. Civ. P. 30(b)(6); the exchange of documents and information responsive to document requests and interrogatories served by Trilegiant on July 24, 2006; scheduling and completion of depositions of each of the named Plaintiffs; and production of documents responsive to non-party record subpoenas served by the parties in the months of July and August, 2006;

**WHEREAS**, the parties have exchanged a voluminous amount of documents and information in the course of Phase I Discovery, and the parties have agreed to complete their exchange of documents and written information responsive to the parties' outstanding interrogatories and document requests, including supplementation of responses to interrogatories as agreed, on or before December 1, 2006;

**WHEREAS**, the parties have met and conferred and agreed upon a schedule for taking and completing Phase I depositions, including depositions of Trilegiant's corporate designees pursuant to Fed. R. Civ. P. 30(b)(6), and depositions of each of the named Plaintiffs, at deposition locations in San Francisco, California and New York City, New York, commencing on January 10, 2007;

**WHEREAS**, the parties have met and conferred and agreed upon a private mediator, the Hon. Daniel Weinstein (Ret.). and Judge Weinstein has agreed to serve as a settlement/mediator in the action;

JOINT STIPULATION AND ORDER AMENDING CASE MANAGEMENT ORDER
Case No. C-05-3246 MHP

1

1   **WHEREAS**, Judge Weinstein and the parties have agreed to participate in an initial ADR/Mediation session on the earliest mutually-convenient date available to Judge Weinstein which, due to the press of other business, is January 24, 2007; and

**WHEREAS**, the parties stipulate and mutually agree that good cause exists to modify the Court's amended Case Management Order, to permit the parties to complete Phase I Discovery, to undertake an initial ADR/Mediation session before the Hon. Daniel Weinstein (Ret.) on January 24, 2007, and to complete briefing on Plaintiff's Motion for Class Certification;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their respective counsel, and subject to Court approval, as follows:

1. The deadline for the parties to complete an initial ADR/Mediation proceeding before the Hon. Daniel Weinstein is extended to and includes January 24, 2007;

2. The deadline for the parties to complete Phase I Discovery is extended to and includes January 24, 2007;

3. The briefing schedule on Plaintiffs' Motion for Class Certification is extended as follows:

| | |
|---|---|
| Motion for Class Certification: | File and serve by February 23, 2006. |
| Opposition to Class Certification: | File and serve by March 23, 2007. |
| Reply in Support of Class Certification: | File and serve by April 6, 2007. |
| Class Certification Hearing: | April 16, 2007 at 2:00 p.m. |

4. The parties further stipulate and agree, subject to Court approval, to continue the next Case Management/Status Conference date presently set for February 12, 2007 at 4:00 p.m., to April 16, 2007 at 4:00 p.m., to be held in conjunction with Plaintiffs' Motion for Class Certification.

//
//
//
//
//
//

1      5.     The parties further stipulate and agree to file their subsequent Case Management/Status
2  Conference Statement on or before April 11, 2007.

3  DATED: November 22, 2006     **GIRARD GIBBS LLP**

5                                             By: _Elizabeth Pritzker / by SLK_
                                                         Elizabeth C. Pritzker

7  *Attorneys for Individual and Representative Plaintiffs Heather Nordberg, William Smith, Julie Butler and Faye E. Taber*

10 **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

11 DATED: November 22, 2006     By: _Jason Russell / by SLK_
                                                           Jason D. Russell

13 *Attorneys for Defendant Trilegiant Corporation*

[~~PROPOSED~~]
ORDER
===

Good Cause appearing, it is so ordered and the stipulation is approved.

The Case Management/Status Conference date of February 12, 2007 is hereby vacated.

The date and time of the next Case Management/Status Conference shall be April 16, 2007 at 4:00 p.m. Parties are directed to file a subsequent Case Management/Status Conference Statement on or before April 11, 2007. *The other data contained in the attached stipulation are adopted and the parties shall proceed in accordance therewith.*

IT IS SO ORDERED.

DATED: 11/29/06

HON. MARILYN H. PATEL