Daniel C. Girard (State Bar No. 114826)
Elizabeth C. Pritzker (State Bar No. 146267)
Sheri L. Kelly (State Bar No. 226993)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative Plaintiffs

Thomas Nolan (Cal. Bar. No. 066992)
Harriet S. Posner (Cal. Bar No. 116097)
Jason D. Russell (Cal. Bar No. 169219)
Peter B. Morrison (Cal. Bar No. 230148)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for Defendant Trilegiant Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER NORDBERG, WILLIAM SMITH, JULIE BUTLER, and FAYE E. TABER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRILEGIANT CORPORATION, a/k/a TRL GROUP,<br><br>Defendant. | Case No. C 05 3246 MHP<br><br>JOINT STIPULATION AND [PROPOSED] ORDER RELEASING INITIAL ADR/ MEDIATION DATE AND AMENDING CASE MANAGEMENT ORDER |

1  **WHEREAS,** the Court entered a Case Management Order on December 12, 2005, and an amended Case Management Order on June 6, 2006, September 22, 2006, and November 29, 2006 pursuant to Fed. R. Civ. P. 26(f) and Civ. L.R. 16;

**WHEREAS,** the above-described Case Management Orders adopted and approved the parties' agreement to devote their initial discovery efforts on matters reasonably related to Plaintiffs' Motion for Class Certification and to issues that will aid the parties in preparing for and completing the initial ADR/Mediation proceeding ("Phase I Discovery");

**WHEREAS,** pursuant to said Case Management Orders, the parties have been actively engaged in the exchange of Phase I Discovery, including, the exchange of documents and information responsive to document requests and interrogatories;

**WHEREAS,** the parties have exchanged a significant amount of documents and information in the course of Phase I Discovery;

**WHEREAS,** Plaintiffs have taken three depositions of Trilegiant's corporate designees pursuant to Fed. R. Civ. P. 30(b)(6), and Defendants have deposed one of the named Plaintiffs;

**WHEREAS,** pursuant to a Notice of Pendency of Other Actions or Proceedings dated December 6, 2005, Plaintiffs advised the Court of the pendency of a class action styled *Pederson v. Trilegiant Corporation et al.*, Circuit Court of Madison County, Illinois, Docket No. 01-L-1126 ("*Pederson*");

**WHEREAS,** Defendant Trilegiant Corporation, a/k/a TRL Group ("Trilegiant") recently advised Plaintiffs that it was engaged in settlement discussions in the *Pederson* action, directed at reaching a class action settlement which will result in a resolution of the class claims at issue in both the *Pederson* action and in this action;

**WHEREAS,** Plaintiffs have advised Defendants that they retain all rights to intervene or object to any settlement in *Pederson* or seek other relief from this Court;

**WHEREAS,** under the circumstances, the parties agree that it is not appropriate to undertake a separate ADR/Mediation session in the present action at this time; and

**WHEREAS,** the parties agree that additional time is needed to complete Phase I discovery;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to the above-captioned action, through their respective counsel, and subject to Court approval, as follows:

1. The date of the parties' initial ADR/Mediation proceeding, previously set for January 24, 2007, is hereby released.

2. The parties will meet and confer on a further ADR/Mediation date, if appropriate.

3. The deadline for the parties to complete Phase I Discovery is extended to and includes March 16, 2007;

4. The briefing schedule on Plaintiffs' Motion for Class Certification is extended as follows:

| | |
|---|---|
| Motion for Class Certification: | File and serve by March 23, 2007. |
| Opposition to Class Certification: | File and serve by April 23, 2007. |
| Reply in Support of Class Certification: | File and serve by May 7, 2007. |
| Class Certification Hearing: | May 21, 2007 at 2:00 p.m. |

5. This stipulation is without prejudice to Plaintiffs' right to intervene, comment upon, or object to any proposed settlement of the *Pederson* action, or to seek any and all appropriate relief in this Court with respect to any such settlement, as may be necessary to protect Plaintiffs' interests or the interests of the proposed classes that Plaintiffs seek to represent.

DATED: January 24, 2007     **GIRARD GIBBS LLP**


By: /s/ Elizabeth Pritzker, with permission .
    Elizabeth C. Pritzker

*Attorneys for Individual and Representative Plaintiffs*


**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

DATED: January 24, 2007     By: /s/ Harriet Posner .
                                Harriet S. Posner

*Attorneys for Defendant Trilegiant Corporation*

# [PROPOSED] ORDER

Good Cause appearing, it is so ordered and the stipulation is approved.

The other dates contained in the attached stipulation are adopted and the parties shall proceed in accordance therewith.

**IT IS SO ORDERED.**

DATED: Jan. 27, 2007



HON. MARILYN H. PATEL