1  Daniel C. Girard (Cal. Bar No. 114826)
   Elizabeth C. Pritzker (Cal. Bar No. 146267)
2  Sheri L. Kelly (Cal. Bar No. 226993)
   **GIRARD GIBBS LLP**
3  601 California Street, Suite 1400
   San Francisco, California 94108
4  Telephone: (415) 981-4800
   Facsimile: (415) 981-4846
5
6  Attorneys for Individual and Representative Plaintiffs

7  Thomas Nolan (Cal. Bar. No. 066992)
   Harriet S. Posner (Cal. Bar No. 116097)
8  Jason D. Russell (Cal. Bar No. 169219)
   Peter B. Morrison (Cal. Bar No. 230148)
9  **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
   300 South Grand Avenue, Suite 3400
10 Los Angeles, CA 90071-3144
   Telephone: (213) 687-5000
11 Facsimile: (213) 687-5600

12 Attorneys for Defendant Trilegiant Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER NORDBERG, WILLIAM SMITH, JULIE BUTLER, and FAYE E. TABER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRILEGIANT CORPORATION, a/k/a TRL GROUP,<br><br>Defendant. | Case No. C 05 3246 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER**<br><br>AS AMENDED BY COURT |

1  **WHEREAS,** the Court entered a Case Management Order on December 12, 2005, and an amended Case Management Order on June 6, 2006, September 22, 2006, November 29, 2006 and January 24, 2007, pursuant to Fed. R. Civ. P. 26(f) and Civ. L.R. 16;

**WHEREAS**, the above-described Case Management Orders adopted and approved the parties' agreement to devote their initial discovery efforts on matters reasonably related to Plaintiffs' Motion for Class Certification and to issues that will aid the parties in preparing for and completing the initial ADR/Mediation proceeding ("Phase I Discovery");

**WHEREAS**, pursuant to said Case Management Orders, the parties have been actively engaged in the exchange of Phase I Discovery, including, the exchange of documents and information responsive to document requests and interrogatories;

**WHEREAS**, the parties have exchanged a significant amount of documents and information in the course of Phase I Discovery;

**WHEREAS**, Plaintiffs have taken three depositions of Trilegiant's corporate designees pursuant to Fed. R. Civ. P. 30(b)(6), and Defendants have deposed one of the named Plaintiffs;

**WHEREAS,** pursuant to a Notice of Pendency of Other Actions or Proceedings dated December 6, 2005, Plaintiffs advised the Court of the pendency of a class action styled *Pederson v. Trilegiant Corporation et al.*, Circuit Court of Madison County, Illinois, Docket No. 01-L-1126 ("*Pederson*");

**WHEREAS,** in January 2007, Defendant Trilegiant Corporation, a/k/a TRL Group ("Trilegiant") advised Plaintiffs that it was engaged in settlement discussions in the *Pederson* action, directed at reaching a class action settlement which will result in a resolution of the class claims at issue in both the *Pederson* action and in this action;

**WHEREAS,** Trilegiant recently advised Plaintiffs that a settlement meeting in the *Pederson* action will occur on April 4, 2007, which is the earliest date available to all parties in that action;

**WHEREAS**, Plaintiffs have advised Defendants that they retain all rights to intervene or object to any settlement in *Pederson* or seek other relief from this Court;

**WHEREAS**, under the circumstances, the parties agree that it is not appropriate to undertake a separate ADR/Mediation or settlement session in the present action at this time; and

**WHEREAS,** the parties agree that the allowing additional time to complete Phase I discovery will minimize the potential for duplication of effort and unnecessary expenditure of the parties' resources,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their respective counsel, and subject to Court approval, as follows:

1. The deadline for the parties to complete Phase I Discovery is extended to and includes May 4, 2007.

2. The parties will meet and confer on a further ADR/Mediation date, if appropriate.

3. The briefing schedule on Plaintiffs' Motion for Class Certification is extended as follows:

   <u>Motion for Class Certification</u>:        File and serve by May 18, 2007.
   <u>Opposition to Class Certification</u>:    File and serve by June 18, 2007.
   <u>Reply in Support of Class Certification</u>:  File and serve by July 2, 2007.
   <u>Class Certification Hearing</u>:          ~~July 16, 2007~~ July 23, 2007 at 2:00 p.m.

4. Subject to court approval, the Case Management/Status Conference date presently set for April 16, 2007 at 4:00 p.m. <u>shall take place as scheduled</u>.

5. This stipulation is without prejudice to Plaintiffs' right to intervene, comment upon, or object to any proposed settlement of the *Pederson* action, or to seek any and all appropriate relief in this Court with respect to any such settlement, as may be necessary to protect Plaintiffs' interests or the interests of the proposed classes that Plaintiffs seek to represent.

DATED:  March 15, 2007          **GIRARD GIBBS LLP**


                                By:  /s/   *Elizabeth C. Pritzker*
                                     Elizabeth C. Pritzker

                                *Attorneys for Individual and Representative Plaintiffs*


                                **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

DATED:  March 15, 2007          By:  /s/  *Jason D. Russell*
                                     Jason D. Russell

                                *Attorneys for Defendant Trilegiant Corporation*

1
2

<del>[PROPOSED]</del>
**ORDER**

3   Good Cause appearing, it is so ordered and the stipulation is approved.

4   The dates contained in the attached stipulation are adopted and the parties shall proceed in

5   accordance therewith.

6

7   **IT IS SO ORDERED**.

8

9   DATED: March 16, 2007



HON. Judge Marilyn H. Patel