Daniel C. Girard (Cal. Bar No. 114826)
Elizabeth C. Pritzker (Cal. Bar No. 146267)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com; ecp@girardgibbs.com

*Attorneys for Plaintiffs Heather Nordberg,
William Smith and Julie Abshire*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER NORDBERG, WILLIAM SMITH, and JULIE ABSHIRE (nee JULIE BUTLER), on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>TRILEGIANT CORPORATION, a/k/a TRL GROUP,<br><br>Defendant. | Case No. C 05 3246 MHP<br><br>~~[PROPOSED]~~ **ORDER GRANTING UNOPPOSED MOTION TO LIFT STAY OF PROCEEDINGS AND FOR ENTRY OF DISMISSAL WITHOUT PREJUDICE**<br><br>Date: TBA<br>Time: TBA<br>Courtroom: 15<br>Judge: Hon. Marilyn Hall Patel<br><br>**No Hearing Requested** |

|   |   |
|---|---|
| 1 | The Court has reviewed the unopposed motion by Plaintiffs Heather Nordberg, |
| 2 | William Smith and Julie Abshire (formerly Julie Butler) ("Plaintiffs") for an order lifting |
| 3 | the stay of proceedings entered July 20, 2007, and dismissing the above-captioned action |
| 4 | without prejudice as against Defendant Trilegiant Corporation a/k/a TRL Group |
| 5 | ("Defendant" or "Trilegiant"). The Court has also reviewed the Declaration of Elizabeth |
| 6 | C. Pritzker in support of Plaintiffs' motion, the Class Action Settlement Agreement |
| 7 | attached to Ms. Pritzker's declaration, and an order by the Circuit Court of Madison |
| 8 | County, Illinois, preliminarily approving the parties' agreement for settlement on |
| 9 | February 15, 2008, which order is also appended to Ms. Pritzker's declaration. |

Having reviewed and considered notice of motion and motion, as well as the declaration of counsel and additional materials accompanying the motion, and for good cause shown, the Court finds and orders as follows:

1. Plaintiffs' unopposed request to lift the stay of proceedings entered July 20, 2007 is GRANTED.

2. Plaintiffs' unopposed motion for entry of a conditional order dismissing the above-entitled action, without prejudice, as contemplated by the parties' Class Action Settlement Agreement (filed as Exhibit A to the Declaration of Elizabeth C. Pritzker), is also GRANTED. The action is hereby dismissed without prejudice as against Defendant Trilegiant Corporation f/k/a TRL Group.

//
//
//
//
//
//
//
//

[PROPOSED] ORDER GRANTING MOTION TO LIFT STAY OF PROCEEDINGS AND FOR
ENTRY OF DISMISSAL WITHOUT PREJUDICE
Case No. C-05-3246 MHP

1

3. The parties' agreement for settlement contemplates that, upon final approval and entry of judgment, the Plaintiffs' claims in this action will be dismissed with prejudice. If the settlement is not finally approved and/or does not become a final settlement, Plaintiffs may seek further relief, as appropriate, in this Court.

**IT IS SO ORDERED.**

**Dated:** 2/28/2008



Hon.
United States District Judge